1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10   KATHLEEN A. RODRIGUEZ,            )    Case No. EDCV 06-990 AN
                                       )
11              Plaintiff,             )    JUDGMENT
                                       )
12       v.                            )
                                       )
13   MICHAEL J. ASTRUE,                )
     COMMISSIONER OF SOCIAL            )
14   SECURITY,                         )
                                       )
15              Defendant.             )
                                       )
16   ─────────────────────────────────)

17

18       For the reasons set forth in the accompanying memorandum and order, it is hereby

19   ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and

20   this action is dismissed with prejudice.

21

22

23   DATED:    March 19, 2008        / s /   ARTHUR NAKAZATO
                                             ARTHUR NAKAZATO
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28